RECEIVED

FEB 1 9 2026

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cynthia R. Morrison                Plaintiff(s),

vs.

Minnesota Department of Human
Services (DHS)

                                   Defendant(s).

Sara Rose, Jenny Rennquist,
and Michael E. Anderson

Case No. 26-cv-1553-ECT/DJF
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY TRIAL
YES  X  NO ___

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name               Cynthia R. Morrison

      Street Address     178 Maple Street

      County, City       Ramsey, St. Paul

      State & Zip Code   Minnesota, 55106

      Telephone Number   651-387-9014



SCANNED
FEB 1 9 2026
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

    a. Defendant No. 1

| | |
|---|---|
| Name | Sara Rose, Chief Administrative Officer |
| Street Address | 540 Cedar Street, Elmer Andersen Building |
| County, City | Ramsey, St. Paul |
| State & Zip Code | Minnesota & 55101 |

    b. Defendant No. 2

| | |
|---|---|
| Name | Jenny Rennquist, Contracts Specialist Team Supervisor |
| Street Address | 540 Cedar Street, Elmer Andersen Building |
| County, City | Ramsey, St. Paul |
| State & Zip Code | Minnesota & 55101 |

    c. Defendant No. 3

| | |
|---|---|
| Name | Michael E. Anderson, Contracts and Compliance Manager |
| Street Address | 540 Cedar Street, Elmer Andersen Building |
| County, City | Ramsey, St. Paul |
| State & Zip Code | Minnesota & 55101 |

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: ___**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.)**

**JURISDICTION**

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  X  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  X  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c.  ___Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d.  ___Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e.  X  Other – Harassment, Retaliation, and Equal Pay Act

4.  If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

_____

(Street Address)            (City/County)        (State)        (Zip Code)

5.  When did the discrimination occur?  Please give the date or time period:

    •  From 2023 to 2026 (Ongoing)

3

## ADMINISTRATIVE PROCEDURES

**6.** Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a.  Yes  Date filed: August 9, 2024

b. ___ No

**7.** Have you received a Notice of Right-to-Sue Letter?

a.  Yes    If yes, please attach a copy of the letter to this complaint.

b. ____ No

## NATURE OF THE CASE

**8.** The conduct complained of in this lawsuit involves (check only those that apply):

a.  ___ Failure to hire me

b.  ___ Termination of my employment

c.  X  Failure to promote

d.  __ Failure to accommodate my disability

e.  __ Terms and conditions of employment differ from those of similar employees.

f.  X  Retaliation

g.  X  Harassment

h.  X  Other conduct: Equal Pay

i.  Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

   X  Yes    ___ No

4

9.    I believe that I was discriminated against because of my (check all that apply):

a.    X  Race

b.    ___ Religion

c.    ___ National origin

d.    ___ Color

e.    ___ Gender

f.    ___ Disability

g.    X  Age (my birth year is: 1959)

h.    X  Other: Retaliation, Harassment, Equal Pay, Hostile Work Environment

i.    Did you state the same reason(s) in the charge of discrimination, referred to in

number 6 above?

X  Yes __ No

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when).  Each paragraph must be numbered separately, beginning with number 10.  Please write each allegation of discrimination in a separately numbered paragraph.

10. Plaintiff alleges age discrimination, retaliation, unequal pay, and a hostile work environment. The detailed factual allegations supporting these claims are set forth in the attached Addendum to Complaint and supporting Exhibits 1–12, which are incorporated herein by reference.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

WHEREFORE, I respectfully request that the Court grant me monetary compensation for lost wages, lost opportunities, emotional distress, and the harm caused by discrimination, retaliation, unequal pay, and the hostile work environment I experienced. I request back pay, front pay, and loss of benefits, attorneys' fees and costs and any additional relief the Court finds just and proper.

Date: 2/19/2026

Signature of Plaintiff

Mailing Address    178 Maple Street
St. Paul, MN 55106

Telephone Number    651-387-9014

6