**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cynthia R. Morrison,                                  Case No. 26-cv-1553 (ECT/DJF)

        Plaintiff,

v.                                                                    **ORDER**

Sara Rose, et al.,

        Defendants.

---

This matter is before the Court on pro se Plaintiff Cynthia R. Morrison's *Motion for Leave to File Amended Complaint and Supporting Memorandum of Law* ("Motion") (ECF No. 23). The Court denies the Motion without prejudice because it does not comply with the applicable rules.

Rule 83 of the Federal Rules of Civil Procedure allows district courts to create and adopt their own set of supplemental rules, i.e., local rules, to govern civil practice in their districts.[1] Under Local Rule 7.1(a), *before* a litigant may file a motion, she must meet and confer with opposing counsel in a good faith effort to resolve any dispute and then file a meet-and-confer statement explaining to the Court whether the opposing party objects to the motion. In addition, Local Rule 15.1(a) states that "any amended pleading must be complete in itself and must not incorporate by reference any prior pleading." An amended complaint similarly must not be incorporated into or included within a motion to amend. It must be a complete, free-standing document. Local Rule 15.1(b) states, "Any motion to amend a pleading must be accompanied by (1) a copy of the proposed amended pleading, and (2) a version of the proposed amended pleading that shows — through redlining, underlining, strikeouts, or other similarly effective typographic methods — how the

---

[1] The District of Minnesota's Local Rules can be found at the following web address, https://www.mnd.uscourts.gov/court-info/local-rules-and-orders.

proposed amended pleading differs from the operative pleading." Ms. Morrison's Motion fails to satisfy these requirements. The Court therefore **DENIES** the Motion **WITHOUT PREJUDICE**.

If Ms. Morrison wishes to amend her Complaint, she must: (1.) draft a free-standing proposed Amended Complaint that complies with Local Rule 15.1(a); (2.) create a redlined comparison of the proposed Amended Complaint against her original Complaint, which shows the amendments as required by Local Rule 15.1(b); (3.) send both the proposed Amended Complaint and the redline to Defendants' attorneys without filing them; and (4.) meet and confer with opposing counsel regarding her prospective motion to amend the Complaint.

If Defendants do not object to Plaintiff's request to amend the Complaint, she may file another motion to amend, with the proposed Amended Complaint and redline attached as exhibits to the motion, along with a meet-and-confer statement indicating that the motion is unopposed. If Defendants oppose her request to amend the Complaint, she must *first* call the undersigned Magistrate Judge's chambers to request a hearing date or status conference. Once a hearing date is provided, she must file: (1.) a new motion to amend, with the proposed Amended Complaint and redline attached as exhibits; (2.) a notice of hearing stating the hearing date, location and time; (3.) a memorandum of law that supports her motion; and (4.) a meet and confer statement stating that Defendants oppose her motion. The Court will consider Plaintiff's motion once she satisfies these requirements.

**IT IS SO ORDERED.**

Dated: May 26, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge